UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 11-13166

CLORY MOSTEK,
            Plaintiff(s),

-v-

GENESEE COUNTY ANIMAL CONTROL,
            Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on August 10, 2011.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

        This Court having issued an Order to Show Cause for lack of federal subject matter

jurisdiction and the Plaintiff having filed a response, therefore;

        IT IS ORDERED that the Court's Order to Show Cause for lack of federal

subject matter jurisdiction  be and the same is hereby SET ASIDE.


                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated:  August 10, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on August 10, 2011, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager